1 | Gay L. Carroll-Haring (Bar No. 203803)
LAW OFFICES OF GAY CARROLL-HARING
2 | 770 L Street, Suite 950
Sacramento, CA  95814
3 | Telephone:  (916) 443-3553
Facsimile:  (916) 443-2424
4 | Email:  gcarroll@gaycarroll.com

5 | Attorneys for Plaintiff
Kenneth P. Topka, Ph.D.

6 |
David M. King (Bar No. 95279)
7 | J. Craig Crawford (Bar No. 238466)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
8 | Professional Law Corporation
216 Park Road
9 | Burlingame, California  94010-4206
Telephone: (650) 342-9600
10 | Facsimile: (650) 342-7685
Email: ccrawford@carr-mcclellan.com

Attorneys for Defendant
The SETI Institute

IT IS SO ORDERED
Judge Edward J. Davila
11/26/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH P. TOPKA, Ph.D.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SETI INSTITUTE, a Public Benefit Nonprofit Corporation, and DOES 1 through 30,<br><br>　　　　　Defendants. | No.  CV13-01283 EJD<br><br>JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, OF THIS ACTION, IN ITS ENTIRETY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

24392-00001\iManage\4622354.1

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ENTIRE ACTION

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kenneth P. Topka, Ph.D. and Defendant The SETI Institute, the only parties appearing in this action, hereby stipulate to the dismissal of this action, in its entirety, with prejudice. The clerk shall close this file.

IT IS SO STIPULATED.

Dated: November 25, 2013      LAW OFFICES OF GAY CARROLL-HARING

By: */s/ Gay L. Carroll-Haring*
Gay L. Carroll-Haring
Attorneys for Plaintiff
Kenneth P. Topka, Ph.D.

Dated: November 25, 2013      CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: */s/ J. Craig Crawford*
J. Craig Crawford
Attorneys for Defendant
The SETI Institute

## ATTESTATION PURSUANT TO GENERAL ORDER 45, § X.B

I, J. Craig Crawford, hereby declare, pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from other signatory listed above. I declare, under penalty of perjury, under the laws of the state of California and the United States, that the foregoing declaration is true and correct.

Executed on November 25, 2013 in the City of Burlingame, California.

*/s/ J. Craig Crawford*

24392-00001\iManage\4622354.1

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ENTIRE ACTION